**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHAPTER 13

ERNEST W. PRATT CASE NUMBER: 26-14242-DJB

KAREN L. PRATT

DEBTOR (S)

---

**ORDER GRANTING ADDITIONAL TIME TO FILE SCHEDULES**

**AND OTHER REQUIRED DOCUMENTS**

It is ORDERED that the Debtor herein shall have until November 2, 2026, to file the remaining schedules and other required documents.

By the Court

Date: October 26, 2026

Honorable Derek J. Baker
Judge, United States Bankruptcy Court