United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-14242-djb |
| Ernest W Pratt | Chapter 13 |
| Karen L Pratt | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 27, 2026 | Form ID: 130 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ernest W Pratt, Karen L Pratt, 109 Sandy Way, Coatesville, PA 19320-5542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Ernest W Pratt cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| CHRISTOPHER CONSTANTINE CARR | on behalf of Joint Debtor Karen L Pratt cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 130* (3/23)−doc 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Ernest W Pratt | ) | Case No. 26−14242−djb |
| | ) | |
| | ) | |
| Karen L Pratt | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C−2 Due 10/22/26
Plan Due 10/22/26
Schedules A/B Due 10/22/26
Schedules C Due 10/22/26
Schedules D Due 10/22/26
Schedules E/F Due 10/22/26
Schedules G Due 10/22/26
Schedules H Due 10/22/26
Schedules I Due 10/22/26
Schedules J Due 10/22/26
Statement of Attorney Compensation Due 10/22/26
Statement of Current Monthly Income (122C−1) Due 10/22/26
Statement of Financial Affairs Due 10/22/26
Summary of Assets and Liabilities Due 10/22/26

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: October 9, 2026

By the Court

Derek J Baker
Judge, United States Bankruptcy Court